# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br>HAI VAN PHAM,<br>　　　　　Defendant. | CR 11-00069 TJH<br><br>Order |

　　　The Court has considered Defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines Manual § 2D1.1 (2014) ("USSG"), together with the moving papers.

　　　USSG § 1B1.10(b) "prohibits a court from reducing a defendant's sentence to a term that is less than the minimum of the amended guidelines range, except in the case of a defendant who originally received a below-guidelines sentence based on substantial assistance to the government." *See United States v. Davis*, 739 F.3d 1222, 1224-26 (9th Cir. 2014). Here, Defendant received a downward departure or variance that resulted in a sentence below the low end of the post-Amendment 782 Guidelines range, but Defendant did not provide substantial assistance to the government. Therefore,

Defendant is not entitled to a sentence reduction.

Because there is no statutory or constitutional right to counsel for a § 3582(c) motion, and because Defendant's motion lacks merit, the Court declines to appoint counsel. *See United States v. Richardson*, 569 Fed. Appx. 504, 504-05 (9th Cir. 2014).

Accordingly,

𝕴𝖙 𝖎𝖘 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that Defendant's motion for sentence reduction be, and hereby is, 𝕯𝖊𝖓𝖎𝖊𝖉.

Date: October 30, 2015

_____
Terry J. Hatter, Jr.
Senior United States District Judge